# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gregory Thomas,                           :
                    Appellant              :
                                           :
        v.                                 :     No. 905 C.D. 2018
                                           :
C/O Jason Pyle,                            :
C/O James Mainello,                        :
Captain B. Harris,                         :
HEX. S. Ellenberger,                       :
Unit Manager M. Goss,                      :
D. Supt. J. Thomas,                        :
Acting Deputy Supt. S. Walters,            :
K. Kauffman Supt.,                         :
C. HEX Joseph H. Dupont,                   :
Sued in Their Individual and               :
Official Capacity                          :

# **O R D E R**

NOW, January 8, 2019, having considered appellant's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge